**Lisa BOWMAN, Appellant,**

v.

**RADNOR HOLDINGS, L.P. d/b/a Wincup, Respondent.**

**No. WD 70821.**

Missouri Court of Appeals, Western District.

Feb. 2, 2010.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 2, 2010.

Application for Transfer Denied April 20, 2010.

---

Jerrold Kenter, Esq., and Brianne Niemann, Esq., Kansas City, MO, for appellant.

William G. Belden, Esq., and Zachary A. Kolich, Esq., Merriam, KS, for respondent.

Before Division One: LISA WHITE HARDWICK, P.J., and JAMES M. SMART, JR. and ALOK AHUJA, JJ.

## ORDER

PER CURIAM:

Appellant Lisa Bowman appeals a Final Award issued by the Labor and Industrial Relations Commission, which upheld a decision of an Administrative Law Judge in the Division of Workers' Compensation denying Bowman's claim for benefits for future medical treatment. We affirm. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).